UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFRED W. PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | 1:04-CV-5990 OWW DLB |
| | ) | (NEW DJ) |
| v. | ) | |
| | ) | |
| MARGARET M. FLEMING, et al., | ) | ORDER ADOPTING FINDING AND RECOMMENDATION AND DISMISSING ACTION |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

On August 18, 2004, the magistrate judge issued Findings and Recommendation that this action be dismissed without leave to amend.

The plaintiff was granted 30 days in which to file objections to said Findings and Recommendation and as of this date no such objections have been filed.

IT IS HEREBY ORDERED that this action is dismissed without leave to amend.

Dated: July 14, 2006                    /s/ OLIVER W. WANGER
                                        _____
                                        OLIVER W. WANGER
                                        United States District Judge

1